IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

TORY LANCE PITTS, #1038349          §

VS.                        §               CIVIL ACTION NO. 6:18cv280

DIRECTOR, TDCJ-CID            §

<u>ORDER OF DISMISSAL</u>

Plaintiff Tory Pitts, an inmate confined at the Michael Unit within the Texas Department of Criminal Justice (TDCJ), proceeding *pro se*, filed this motion for a temporary restraining order or preliminary injunction, complaining of alleged violations of his constitutional rights under 42 U.S.C. § 2000cc Religious Land Use and Institutional Persons Act (RLUIPA). The case was referred to the United States Magistrate Judge, the Honorable John D. Love, for findings of fact, conclusions of law, and recommendations for disposition of the case.

On September 28, 2018, Judge Love issued a Report, (Dkt. #15), recommending that the Plaintiff's motion for a temporary restraining order be denied. Judge Love determined that Plaintiff failed to meet the strict requirements necessary for obtaining an injunction. Plaintiff has filed timely objections, (Dkt. #22).

The court has conducted a careful *de novo* review of those portions of the Magistrate Judge's proposed findings and recommendations to which the Plaintiff objected. *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Upon such *de novo* review, the court has determined that the Report of the United States Magistrate Judge is correct and the Plaintiff's objections are without merit. Accordingly, it is

**ORDERED** that Plaintiff's objections, (Dkt. #22), are overruled and the Report of the Magistrate Judge, (Dkt. #15), is **ADOPTED** as the opinion of the District Court.  Further, it is

**ORDERED** that the above-styled motion for a temporary restraining order/preliminary injunction, (Dkt. #1), is **DENIED**.  It is also

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED**.

**SIGNED this the 19th day of February, 2019.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE